# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI

In re:

| | | |
|---|---|---|
| BAPER, ZIRAR | ) | Chapter 7 -- Liquidation |
| | ) | Case No.:10-50533-399 |
| | ) | |
| | ) | RE:   MTN 21 |
| Debtors | ) | |

### CERTIFICATE OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of Trustee's Motion Compel in accordance with the Local Bankruptcy Rules have been served with the foregoing motion and that the time for response has passed (21 days). No responses in opposition have been filed. Movant/Trustee requests the Court to enter an Order granting the Trustee's Motion to Compel Turnover.

Respectfully Submitted:

Dated: June 2, 2011

*/s/Fredrich J. Cruse*
Fredrich J. Cruse        ED # 23480MO
Attorney at Law  WD/MO Bar # 23480
718 Broadway
P.O. Box 914
Hannibal, Missouri 63401
Telephone: (573) 221-1333
Fax: (573) 221-1448
Email: fcruse@cruselaw.com

### ORDER APPROVING TRUSTEE'S MOTION TO COMPEL TURNOVER

The Court having considered the Trustee's Notice and Motion to Compel Turnover the same having been presented for hearing; the court finds good cause shown to grant the Motion; therefore

**IT IS HEREBY ORDERED** the Trustee's Motion to Compel Turnover is hereby granted and that it is Further ordered that the debtors are to turn over to the Trustee a copy of the 2010 tax returns ten (10) days from date of entry of this order.

DATED:  June 3, 2011

St. Louis, Missouri
SNM

Barry S. Schermer
Chief United States Bankruptcy Judge

COPIES MAILED TO:

Office of U.S. Trustee
111 S. 10th St. Ste. 6353
St. Louis, Missouri 63102

Mr. Fredrich J. Cruse
Case Trustee
P.O. Box 914
Hannibal MO 63401

Andrew R. Magdy
Legal Helpers, P.C.
515 Olive St, Suite 705
St. Louis, MO 63101

Zirar Baper
7225 Fernbrook Dr
Saint Louis, MO 63123